# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 23-05945-JLS-(MARx)                    Date September 16, 2025

Title: : Gladys E. Boccongella v. Elevance Health Companies

Present: The Honorable JOSEPHINE L. STATON, Chief United States District Judge

|  Kelly Davis  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not Present                                    Not Present

Proceedings:    ☒ In Court          ☐ In Chambers          ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated 12/21/2023 [37]           .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
    Make JS-6.

☒  Other This case was consolidated with CV 22-09433-JLS-(MARx): Burrus v. Elevance Health.

☐  Entered _____.

Initials of Preparer _____ kd _____